UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven Brown

    v.                                                                Case No. 25-cv-77-LM-AJ

Mark McConkey et al.

ORDER

After due consideration of the objection and response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 18, 2025 (Doc. No. 41).

Plaintiff's motions for default (Doc. Nos. 14 and 18) are denied. Plaintiff's motion for a status conference (Doc. No. 19), which is based on plaintiff's claim that the defendants should be defaulted, is also denied.

_____
Landya B. McCafferty
United States District Judge

Date: January 8, 2026

cc:  Steven Brown, pro se
      Counsel of Record