UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven Brown

    v.                                      Case No. 25-cv-77-LM-AJ

Mark McConkey et al.

ORDER

After due consideration of the objection (doc. no. 44), I herewith approve, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 20, 2025 (Doc. No. 42).

Ms. Clarke's motions to intervene (Doc. Nos. 16 and 21) are denied.

_____
Landya B. McCafferty
United States District Judge

Date: January 20, 2026

cc:  Steven Brown, pro se
      Counsel of Record