UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven Brown

    v.                                                                             Case No. 25-cv-77-LM-AKJ

Mark McConkey, et al

## ORDER

After due consideration of the objection filed (Doc. No. 46), and Brown's motion for relief from judgment[1] (Doc. No. 48), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 4, 2025. For the reasons explained therein, defendants Smith, Sawyer and Babbin's motion to dismiss for failure to state a claim or, in the alternative on the basis of <u>Younger</u> abstention (Doc. No. 23), is GRANTED. Additionally, the claims against McConkey are also dismissed pursuant to <u>Younger</u>.

Brown's motion for temporary restraining order (Doc. No. 8) is denied as moot.

The clerk is directed to enter judgment and close this case.

_____
Landya B. McCafferty
United States District Judge

Date: February 18, 2026

cc:    Steven Brown, pro se
       Counsel of Record

---

[1] The court construes Brown's motion for relief from judgment as an objection to the Report and Recommendation. The motion for relief from judgment is denied to the extent that is seeks additional relief.